UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERIKA PIERSON, ET AL.                                    CIVIL ACTION

VERSUS

STATE OF LOUISIANA, ET AL.                               NO. 25-00045-BAJ-RLB

## RULING AND ORDER

The Magistrate Judge issued a **Report And Recommendation (Doc. 4, the "Report")** recommending that the Court dismiss Plaintiff's claims as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e). There are no objections to the Report.

After carefully considering Plaintiff's Complaint, the Report, and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 11th day of February, 2026

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA